# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JARED BACA, *et al.*,

    Plaintiffs,

v.                                                        Civ. No. 18-16 JCH/GBW

QUICK BAIL BOND AND TAX SERVICE, *et al.*,

    Defendants.

## ORDER DENYING MOTION TO STAY

This matter comes before the Court on the Arreola Defendants' Motion to Stay (*doc. 74*) and the attendant briefing (*docs. 77, 82*).[1] The Court, having reviewed the Motion, and being otherwise fully advised, will deny it.

On April 4, 2019, the Arreola Defendants filed a Motion to Stay containing less than a single page of substantive content. *Doc. 74.* In relevant part, the Motion solely asks the Court to stay discovery, because "[t]here is a criminal action pending against… Defendants [and t]he information gained from the criminal trial under oath could likely narrow discovery requests and material issues for this court to consider." *Id.* On April 12, 2019, Plaintiffs filed their Response, which argues that the Court should deny Defendants' Motion because the Motion violates D.N.M.LR-Civ.7.3(a), Defendants have

---

[1] The Arreola Defendants include Quick Bail Bond & Tax Service, Yeira Ivonne Sanchez, and Fabian Ken Terveen Arreola.

waived their right to seek a stay by asserting affirmative defenses and counterclaims against Plaintiffs, and the stay sought is premature and overly broad. *See doc. 77*. Defendants filed a brief Reply on April 25, 2019. *Doc. 82*. Defendants' Motion is now before the Court.

The Court DENIES Defendants' Motion, which contains no authority in support of the legal positions advanced, and fails to state with particularity the grounds justifying a stay. Defendants have not abided by the local rules in seeking a stay, and have not made clear to the Court in their cursory request that a stay would be appropriate or prudent. *See* D.N.M.LR-Civ. 7.3(a) ("A motion, response or reply must cite authority in support of the legal positions advanced."). Consequently, Defendants' Motion to Stay (*doc. 74*) is hereby DENIED.

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE