**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

JARED BACA, *et al.*,

    Plaintiffs,

v.                                                                  Civ. No. 18-16 JCH/GBW

QUICK BAIL BOND AND TAX SERVICE, *et al.*,

    Defendants.

## ORDER QUASHING ORDER TO SHOW CAUSE

This matter comes before the Court on Mr. Basham's Amended Response (*doc. 98*) to the Court's Order to Show Cause (*doc. 95*). Having reviewed Mr. Basham's Response and having discussed the matter with him during the telephonic conference held on July 9, 2019, *doc. 99*, the Court finds that Mr. Basham has adequately addressed the matter underlying its Order to Show Cause.

Therefore, it is ORDERED that the Court's Order to Show Cause (*doc. 95*) is hereby QUASHED.

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE