# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JARED BACA, *et al.*,

    Plaintiffs,

v.                                                                    Civ. No. 18-16 JCH/GBW

QUICK BAIL BOND AND TAX SERVICE, *et al.*,

    Defendants.

## ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DISCOVERY RESPONSES AND FOR SANCTIONS

On July 16, 2019, Plaintiffs filed an Opposed Motion to Compel Discovery Responses and for Sanctions. *Doc. 105*. The motion seeks responses to discovery requests propounded to Defendants Quick Bail Bond and Tax Service, Yeira Ivonne Sanchez a/k/a Yeira Arreola and Fabian Ken Terveen Arreola. *Id*. Pursuant to the Local Rules, any response would have been due on July 30, 2019. *See* D.N.M.LR-Civ. 7.4(a). That date has passed and none of these Defendants has filed a response, a request for an extension or a notice informing the Court of an agreed extension.[1] Such constitutes consent to grant the motion under the Local Rules. *See* D.N.M.LR-Civ. 7.1(b) ("The failure of a party to file and serve a response in opposition to a motion within the time prescribed for doing so constitutes consent to grant the motion.").

---

[1] "For each agreed extension, the party requesting the extension must file a notice identifying the new deadline and the document (response or reply) to be filed." D.N.M.LR-Civ. 7.4(a).

The Court will therefore GRANT Plaintiffs' Opposed Motion to Compel Discovery Responses and for Sanctions. Consequently, Defendants Quick Bail Bond and Tax Service, Yeira Ivonne Sanchez a/k/a Yeira Arreola and Fabian Ken Terveen Arreola shall produce verified answers and documents responsive to Plaintiffs First Set of Discovery to Defendants Quick Bail Bond and Tax Service, Yeira Ivonne Sanchez a/k/a Yeira Arreola and Fabian Ken Terveen Arreola. These responses shall be provided no later than **August 14, 2019**.

Plaintiffs also seek fees and costs associated with the filing of this motion pursuant to Fed. R. Civ. P. 37. Given that Defendants have been given the opportunity to respond and have not presented any argument supporting an exception under Fed. R. Civ. P. 37(a)(5), Defendants Quick Bail Bond and Tax Service, Yeira Ivonne Sanchez a/k/a Yeira Arreola and Fabian Ken Terveen Arreola are ordered to pay Plaintiffs' reasonable expenses incurred in making the motion. Within seven days of the entry of this Order, Plaintiffs shall file an affidavit outlining such expenses. Defendants' objections to the amount claimed, if any, shall be filed within seven days of the filing of the affidavits.

**IT IS SO ORDERED.**

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE